# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Petitioner,**

**v.**                                           **Case No:   6:14-mc-50-Orl-36GJK**

**JOSEPH L. HEARN,**

      **Respondent.**

___

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS (Doc. No. 1)**
>
> **FILED:**      **June 24, 2014**
>
> ___
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part** and **DENIED in part**.

On June 24, 2014, the United States of America (the "Government") filed a Petition to Enforce Internal Revenue Service Summons (the "Motion") against Joseph L. Hearn ("Mr. Hearn"). Doc. No. 1. Pursuant to 26 U.S.C. §§ 7402(b), 7602 and 7604(a), the Government requests an order directing Mr. Hearn to show cause in writing why he should not comply with the summons issued by the Internal Revenue Service. Doc. No. 1 at 3. The Government also requests an order directing Mr. Hearn to fully comply with the summons and to pay its costs in maintaining this proceeding. Doc. No. 1 at 3-4. The Government cites no authority supporting its request for costs. *See* Doc. No. 1. Having reviewed the Motion, the affidavit attached thereto

(Doc. No. 1-1 at 2-5), and the relevant statutory provisions, it is **RECOMMENDED** that the Motion (Doc. No. 1) be **GRANTED in part** and **DENIED in part** as follows:

1. Mr. Hearn be ordered to show cause in writing within twenty-one (21) days from the date he is served with the order why he should not be ordered to fully comply with the summons (Doc. No. 1-1 at 7-9) and pay the Government's costs for maintaining this proceeding;

2. The Government be directed to immediately serve a copy of the Motion, its attachments, and the Court's order on Mr. Hearn and to file an executed return of service with the Court; and

3. The Motion be otherwise **DENIED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 3, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy