# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      Petitioner,

v.                                                   **Case No:   6:14-mc-50-Orl-41GJK**

**JOSEPH L. HEARN,**

      Respondent.

## ORDER

This cause is before the Court on the Petition to Enforce Internal Revenue Service Summons (Doc. No. 1) filed on June 24, 2014. The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 3, 2014 (Doc. No. 4), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Petition to Enforce Internal Revenue Service Summons (Doc. No. 1) is hereby **GRANTED in part** and **DENIED in part**.

3. Mr. Hearn is ordered to show cause in writing within twenty-one days from the date he is served with this Order why he should not be ordered to fully comply with the summons (Doc. No. 1-1 at 7-9) and pay the Government's costs for maintaining this proceeding.

4.         The Government is directed to immediately serve a copy of the Motion, its attachments, and this Order on Mr. Hearn and to file an executed return of service with the Court. and

5.         The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on July 29, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record